```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA


ARMANDO CORTINAS and BEATRICE B.    )   2:11-cv-01480-ECR-RJJ
CORTINAS,                           )
                                    )
     Plaintiffs,                    )   MINUTES OF THE COURT
                                    )
vs.                                 )   DATE: September 23, 2011
                                    )
STATE OF NEVADA HOUSING DIVISION,   )
WELLS FARGO HOME MORTGAGE, et al.,  )
                                    )
                                    )
     Defendants.                    )
_____)
```

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN     Reporter:    NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

      It is ordered that this case be referred to Chief Judge Robert C. Jones for reassignment.


                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                             Deputy Clerk