# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARMANDO CORTINAS, *et. al.*,

    Plaintiffs,

v.

STATE OF NEVADA HOUSING DIVISION, *et al.*,

    Defendants.

Case No. 2:11-CV-01480-KJD-NJK

**ORDER**

    On March 18, 2013, the Court granted Defendant Wells Fargo Bank's motion for summary judgment (#62). The Court noted that summary judgment could also be granted in favor of Defendant State of Nevada Housing Division based on the same reasoning. The Court ordered Plaintiffs to file an opposition on or before March 25, 2013 if they could identify why summary judgment should not be entered against them. Though the date for doing so has passed, Plaintiffs have failed to file any response to the Court's order. Therefore, the Court grants summary judgment in favor of the remaining defendant, State of Nevada Housing Division.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court enter **JUDGMENT** in favor of Defendants and against Plaintiffs.

    DATED this 4th day of April 2013.

_____
Kent J. Dawson
United States District Judge